

**ROSENFIELD & Co.** PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*Trachtenberg Rodes & Friedberg LLP*
*Attn: Barry Friedberg*
*CC: Mike Koufakis*
*545 Fifth Avenue*
*New York, NY 10017*

Invoice No.21871
Date     02/10/2020

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/06/2020 | General Consulting Services<br>Discussing next steps in Voynow case with Ken and Scott | Rosenfield(A) | 0.50 $ | 137.50 |
| 01/07/2020 | Litigation Support | Jamnik | 1.91 | 525.25 |
| 01/08/2020 | General Consulting Services<br>Phone call to discuss action plan with team, Star, and Steve Rambam | Rosenfield(A) | 0.75 | 206.25 |
| 01/10/2020 | Litigation Support<br>Review of Rambam document pull | Jamnik | 0.87 | 239.25 |
| 01/27/2020 | Litigation - Other<br>Review report for questions from RamBam regarding requested information | Morton | 1.50 | 550.50 |
| 01/28/2020 | Litigation - Other<br>Research Chrysler transactions per request - Debbie Despina | Morton | 1.98 | 726.66 |
| | | Current Amount Due | | 2,385.41 |
| | | Prior Balance | | 85,399.27 |
| | | Total Amount Due | $ | 87,784.68 |

All invoices are due and payable upon receipt. Balances over 30 days past-due may be subject to interest.
Please make check(s) payable to: Rosenfield & Co., PLLC.
*Should you have any questions or concerns, please contact our office at 407.849.6400*

**COMPOSITE EXHIBIT "B"**



**ROSENFIELD & CO.** PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*Trachtenberg Rodes & Friedberg LLP*
*Attn: Barry Friedberg*
*CC: Mike Koufakis*
*545 Fifth Avenue*
*New York, NY 10017*

Invoice No.21635
Date     01/08/2020

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/17/2019 | Litigation Support<br>preparation for meeting with Barry Friedberg and Steve Arena | Rosenfield | 1.00 | $ 550.00 |
| 12/18/2019 | Litigation Support<br>meeting at Barry Friedberg's office with Steve Arena | Rosenfield | 3.00 | 1,650.00 |
| 12/19/2019 | Litigation Support<br>review emails from Jeremy and other attorneys regarding Voynow matter | Rosenfield | 0.50 | 275.00 |
| 12/27/2019 | Litigation Support<br>Reviewing Personal Documents from Vivian and Debbie | Jamnik | 5.54 | 1,523.50 |
| 12/27/2019 | Litigation Support<br>Renaming Voynow Documents | Jamnik | 1.18 | 324.50 |
| 12/30/2019 | Litigation Support<br>Going through Personal Documents for Vivian and Debbie | Jamnik | 4.13 | 1,135.75 |
| 12/30/2019 | Litigation Support<br>Pulling expense data, creating vendor analysis in IDEA | Rosenfield(A) | 2.50 | 687.50 |
| 12/30/2019 | Litigation Support<br>review with Scott and Adam on data pull | Rosenfield | 1.50 | 825.00 |

Rosenfield and Company, PLLC
Trachtenberg Rodes & Friedberg LLP
Invoice No.   21635                                                                 Page 2

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/31/2019 | Litigation Support<br>Vivian and Debbie Personal document analysis | Jamnik | 4.26 | 1,171.50 |
| 01/02/2020 | Litigation Support<br>Voynow Documents review and analysis | Jamnik | 1.19 | 327.25 |
| | | Current Amount Due | | 8,470.00 |
| | | Prior Balance | | 76,929.27 |
| | | Total Amount Due | $ | 85,399.27 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



**ROSENFIELD & CO. PLLC**
TRADITIONAL VALUES | EXTRAORDINARY RESULTS
301 E. Pine Street, Suite 975, Orlando, FL 32801

Trachtenberg Rodes & Friedberg LLP
Attn: Barry Friedberg
545 Fifth Avenue
New York, NY 10017

Star Automotive Group
ATTN: Mike Koufakis
205-11 Northern Blvd
Bayside, NY 11361

Invoice No. 21603
Date     12/26/2019

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/16/2019 | Litigation Support<br>Renaming files received from Voynow | Jamnik | 2.61 $ | 717.75 |
| 12/17/2019 | Litigation Support<br>Document review and Write up of potential questions - Voynow | Jamnik | 1.67 | 459.25 |
| 12/17/2019 | Litigation Support<br>Review suspicious documents for meeting tomorrow | Morton | 2.27 | 833.09 |
| 12/18/2019 | Litigation Support<br>Meeting with Stephen Arena | Jamnik | 2.31 | 635.25 |
| 12/18/2019 | Litigation Support<br>Voynow Documents renaming | Jamnik | 1.56 | 429.00 |
| 12/18/2019 | Litigation Support<br>Meeting at Friedbergs office | Morton | 2.51 | 921.17 |
| 12/18/2019 | Litigation Support<br>Prepare for meeting with Friedberg's office | Morton | 2.17 | 796.39 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.   21603*                                                                                           *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/19/2019 | Litigation Support<br>Review documents received and upload new documents from portal | Morton | 5.58 | 2,047.86 |
| 12/20/2019 | Litigation Support<br>Renaming Voynow Documents | Jamnik | 3.26 | 896.50 |
| 12/20/2019 | Litigation Support<br>Review documents received | Morton | 5.25 | 1,926.75 |
| | | Current Amount Due | | 9,663.01 |
| | | Prior Balance | | 67,266.26 |
| | | Total Amount Due | $ | 76,929.27 |

All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.
Please make check(s) payable to: Rosenfield & Co., PLLC.
*Should you have any questions or concerns, please contact our office at 407.849.6400*



**ROSENFIELD & CO.** PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

Trachtenberg Rodes & Friedberg LLP
Attn: Barry Friedberg
545 Fifth Avenue
New York, NY 10017

Star Automotive Group
ATTN: Mike Koufakis
205-11 Northern Blvd
Bayside, NY 11361

Invoice No.21527
Date     12/20/2019

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/28/2019 | Litigation Support<br>naming documents received from Voynow | Jamnik | 2.22 $ | 610.50 |
| 10/29/2019 | Litigation Support<br>Renaming Docs from Voynow | Jamnik | 0.69 | 189.75 |
| 10/30/2019 | Litigation Support<br>discuss set up of data review | Rosenfield | 1.50 | 825.00 |
| 10/30/2019 | Litigation Support<br>renaming VOYNOW documents | Stickel | 4.22 | 253.20 |
| 10/31/2019 | Litigation Support<br>review of data regarding Voynow Case | Rosenfield | 1.50 | 825.00 |
| 10/31/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 7.03 | 421.80 |
| 11/01/2019 | Litigation Support<br>renaming VoyNow documents | Stickel | 7.00 | 420.00 |
| 11/04/2019 | Litigation Support<br>renaming VoyNow documents | Stickel | 3.00 | 180.00 |
| 11/06/2019 | Litigation Support | McDonald | 2.00 | 642.00 |

Rosenfield and Company, PLLC
Trachtenberg Rodes & Friedberg LLP
Invoice No.   21527                                                                                                  Page 2

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| | Rename Voynow documents (Dan/Ashley) | | | |
| 11/06/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 5.00 | 300.00 |
| 11/07/2019 | Litigation Support<br>Rename Voynow documents (Dan/Ashley) | McDonald | 4.50 | 1,444.50 |
| 11/08/2019 | Litigation Support<br>Review of Voynow documents | Jamnik | 2.99 | 822.25 |
| 11/11/2019 | Litigation Support<br>renaming of VoyNow documents | Stickel | 2.17 | 130.20 |
| 11/15/2019 | Litigation Support<br>renaming VoyNow documents | Stickel | 0.97 | 58.20 |
| 11/15/2019 | Litigation Support<br>Voynow Docs | Jamnik | 1.48 | 407.00 |
| 11/18/2019 | Litigation Support<br>conference call with Ken/Dan/Jill on Star information needed for fraud and other litigation reports | Lewis | 0.50 | 275.00 |
| 11/18/2019 | Litigation Support<br>Review file - compile list of documents needed | Morton | 2.20 | 807.40 |
| 11/18/2019 | Litigation Support<br>renaming VoyNow Documents | Stickel | 1.88 | 112.80 |
| 11/18/2019 | Litigation Support<br>List of Documents request | Jamnik | 1.43 | 393.25 |
| 11/19/2019 | Litigation Support<br>Review documents received.  Prepare updated document request for Star. | Morton | 2.27 | 833.09 |
| 11/19/2019 | Litigation Support<br>renaming VoyNow Documents | Stickel | 1.76 | 105.60 |
| 11/19/2019 | Litigation Support<br>Working on Request List and Voynow report | Jamnik | 5.41 | 1,487.75 |

Rosenfield and Company, PLLC
Trachtenberg Rodes & Friedberg LLP
Invoice No.   21527                                                                    Page 3

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/20/2019 | Litigation Support<br>Voynow Report | Jamnik | 5.75 | 1,581.25 |
| 11/20/2019 | Litigation Support<br>Begin preparation of updated report in format requested by client | Morton | 4.28 | 1,570.76 |
| 11/20/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 6.08 | 364.80 |
| 11/21/2019 | Litigation Support<br>Review of cancelled checks from Chrysler and bank statements | Jamnik | 1.76 | 484.00 |
| 11/21/2019 | Litigation Support<br>renaming Voynow doc | Stickel | 7.95 | 477.00 |
| 11/22/2019 | Litigation Support<br>review of cancelled checks for chrysler | Jamnik | 1.87 | 514.25 |
| 11/25/2019 | Litigation Support<br>Voynow Report | Jamnik | 1.73 | 475.75 |
| 11/25/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 7.49 | 449.40 |
| 11/26/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 7.95 | 477.00 |
| 12/02/2019 | Litigation Support<br>Emails and Report rewriting | Jamnik | 6.38 | 1,754.50 |
| 12/02/2019 | Litigation Support<br>reveiw Voynow documents | Rosenfield | 2.50 | 1,375.00 |
| 12/02/2019 | Litigation Support | Lewis | 3.00 | 1,650.00 |
| 12/02/2019 | Litigation Support<br>Meeting to go over Voynow case | Rosenfield(A) | 0.75 | 206.25 |
| 12/02/2019 | Litigation Support<br>RE: VOYNOW / On the phone with Reynolds and Reynolds / completing multiple required Reynolds proficiency training | Rosenfield(A) | 1.35 | 371.25 |

Rosenfield and Company, PLLC  
Trachtenberg Rodes & Friedberg LLP  
Invoice No.   21527                                                                                           Page 4

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/02/2019 | Litigation Support<br>Updated Star Report | Morton | 8.28 | 3,038.76 |
| 12/02/2019 | Litigation Support<br>going through documents sent to find any signed engagement letters | Stickel | 8.00 | 480.00 |
| 12/03/2019 | Litigation Support<br>meeting with Dan and Jill review Voynow Documents | Rosenfield | 2.50 | 1,375.00 |
| 12/03/2019 | Litigation Support | Lewis | 0.50 | 275.00 |
| 12/03/2019 | Litigation Support<br>Pulling reports for Voynow case | Rosenfield(A) | 1.49 | 409.75 |
| 12/03/2019 | Litigation Support<br>Renaming docs from Voynow and Report rewriting | Jamnik | 6.23 | 1,713.25 |
| 12/03/2019 | Litigation Support<br>Update Star Report | Morton | 6.19 | 2,271.73 |
| 12/04/2019 | Litigation Support | Lewis | 2.25 | 1,237.50 |
| 12/04/2019 | Litigation Support<br>VOYNOW Pulling GL detail from 11.2014 to 4.30.2017 | Rosenfield(A) | 3.56 | 979.00 |
| 12/04/2019 | Litigation Support | Lewis | 2.00 | 1,100.00 |
| 12/04/2019 | Litigation Support<br>Discussion with Scott, Jill and Ken on the Report and Voynow docs | Jamnik | 1.49 | 409.75 |
| 12/04/2019 | Litigation Support<br>Renaming Voynow Documents | Jamnik | 6.58 | 1,809.50 |
| 12/04/2019 | Litigation Support<br>Revision of Star Report | Morton | 6.87 | 2,521.29 |
| 12/04/2019 | Litigation Support<br>going through documents to find any signed | Stickel | 6.00 | 360.00 |

Rosenfield and Company, PLLC
Trachtenberg Rodes & Friedberg LLP
Invoice No.   21527                                                                Page 5

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| | engagement letters | | | |
| 12/05/2019 | Litigation Support<br>review Voynow documents and review revised report | Rosenfield | 1.50 | 825.00 |
| 12/05/2019 | Litigation Support<br>Renaming Voynow Documents and rewriting Voynow report for Barry | Jamnik | 5.79 | 1,592.25 |
| 12/05/2019 | Litigation Support<br>Review documents received. Prepare updated report | Morton | 7.65 | 2,807.55 |
| 12/06/2019 | Litigation Support<br>review revised report and make changes, work with Adam and Scott on queries for updating scheme report items | Rosenfield | 2.00 | 1,100.00 |
| 12/06/2019 | Litigation Support | Lewis | 0.25 | 137.50 |
| 12/06/2019 | Litigation Support<br>PDF and organizing Voynow report and uploading | Jamnik | 0.58 | 159.50 |
| 12/06/2019 | Litigation Support<br>Final revisions to updated report. | Morton | 1.57 | 576.19 |
| 12/09/2019 | Litigation Support<br>scanning through documents looking for signed engagement letters | Stickel | 6.00 | 360.00 |
| 12/09/2019 | Litigation Support<br>Voynow Production | Jamnik | 5.79 | 1,592.25 |
| 12/09/2019 | Litigation Support<br>Review documents - list of questions | Morton | 6.10 | 2,238.70 |
| 12/09/2019 | Litigation Support<br>review voynow documents | Rosenfield | 1.50 | 825.00 |
| 12/10/2019 | Litigation Support<br>Voynow Production documents | Jamnik | 5.72 | 1,573.00 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.   21527*                                                                                             Page 6

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/10/2019 | Litigation Support<br>Review documents - list of questions | Morton | 6.57 | 2,411.19 |
| 12/10/2019 | Litigation Support<br>review Voynow documents | Rosenfield | 1.50 | 825.00 |
| 12/11/2019 | Litigation Support<br>Voynow Documents | Jamnik | 4.09 | 1,124.75 |
| 12/11/2019 | Litigation Support<br>Review documents - list of questions | Morton | 4.57 | 1,677.19 |
| 12/11/2019 | Litigation Support<br>review Voynow documents, meet with Dan and Jill to develop word search queries for documents scanned in. Review Voynow memos and emails. | Rosenfield | 3.00 | 1,650.00 |
| 12/12/2019 | Litigation Support<br>Voynow Production Documents | Jamnik | 5.44 | 1,496.00 |
| 12/12/2019 | Litigation Support<br>Review documents received | Morton | 4.48 | 1,644.16 |
| 12/13/2019 | Litigation Support<br>review documents submitted by Voynow | Rosenfield | 2.50 | 1,375.00 |

Current Amount Due        67,266.26

Prior Balance                 0.00

Total Amount Due    $   67,266.26

**All invoices are due and payable upon receipt. Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*

Case 1:21-cv-03858   Document 1-2   Filed 04/30/21   Page 12 of 14

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.    21527*                                                              *Page 7*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|



**ROSENFIELD & CO.** PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*Star Litigation 2019*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21778*
*Date     01/29/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/30/2019 | Litigation Support<br>phone call with Michael re: 2016 - 2018 tax returns (client questions/comments) and discussion on criminal and civic lawsuits against Voynow and Debbie) | Lewis | 1.50 $ | 900.00 |
| 12/30/2019 | Litigation Support<br>review of vendor lists/expenses with Ken & Adam | Lewis | 0.50 | 300.00 |
| 01/02/2020 | Litigation Support<br>review of expenses (for vendors and other anomalies in journal transactions) from November 2014 - April 2017 (for fraudulent and unusual transactions) | Lewis | 3.00 | 1,800.00 |
| 01/03/2020 | Litigation Support<br>review of expenses (for vendors and other anomalies in journal transactions) from November 2014 - April 2017 (for fraudulent and unusual transactions) and factory incentives | Lewis | 3.00 | 1,800.00 |
| 01/08/2020 | Phone Calls / Conference<br>conference call with attorneys/private eye on Star Chrysler fraud and data gathering | Lewis | 0.50 | 300.00 |

*Rosenfield and Company, PLLC*
*Star Litigation 2019*
*Invoice No.   21778*                                                                                   *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/09/2020 | General Consulting Services — review of text files from attorney/private eye from Star Chrysler on factory refund checks, against controller | Lewis | 0.40 | 240.00 |
| | | | | 5,340.00 |
| | Courtesy Discount (Amount Discounted from Standard Rates) | | | (445.00) |
| | | Current Amount Due | | 4,895.00 |
| | | Prior Balance | | 0.00 |
| | | Total Amount Due | $ | 4,895.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.
Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*