IH-32  Rev: 2014-1

# United States District Court
## for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

Rosenfield & Company, PLLC,

| Plaintiff | Case Number |
|---|---|
| vs. | |
| Trachtenberg, Rodes & Friedberg LLP, Star Auto Sales of Bayside, Inc. (d/b/a Star Toyota of Bayside), Star Auto Sales of Queens, LLC (d/b/a Star Subaru), Star Hyundai LLC (d/b/a Star Hyundai), Star Nissan, Inc. (d/b/a Star Nissan), Metro Chrysler Plymouth Inc. (d/b/a Star Chrysler Jeep Dodge), Star Auto Sales of Queens County LLC (d/b/a Star Fiat), and Star Auto Sales of Queens Village LLC (d/b/a Star Mitsubishi), | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

Rosenfield & Company, PLLC,

| Plaintiff | Case Number |
|---|---|
| vs. | Case No. 6:20-cv-02382-JA-LRH |
| Trachtenberg, Rodes & Friedberg, LLP, | |
| Defendant | |

IH-32                                                                                                                              Rev: 2014-1

**Status of Earlier Filed Case:**

☑ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☐ Open — (If so, set forth procedural status and summarize any court rulings.)

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and to resolve the venue and jurisdiction issues raised in Defendant's Motion to Dismiss by agreement with Defendant, filed its Notice of Voluntary Dismissal on February 19, 2021. There are no appeals pending.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly-filed case presently before this Court is related to the earlier case filed in the Middle District of Florida because it involves the same facts, causes of action, and same parties. The present case was filed in this Court by agreement with Defendant Trachtenberg, Rodes & Friedberg, LLP to address venue and jurisdiction issues raised in the Florida case, and to include the additional automobile dealership defendants.

Signature: /s/Jason Zimmerman        Date: 05/03/2021

Firm: GrayRobinson, P.A.