IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROSENFIELD & COMPANY, PLLC, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | CASE NO.: 1:21-cv-03858-VM |
| | : | |
| TRACHTENBERG, RODES & FRIEDBERG LLP, STAR AUTO SALES OF BAYSIDE, INC. (d/b/a STAR TOYOTA OF BAYSIDE), STAR AUTO SALES OF QUEENS, LLC (d/b/a STAR SUBARU), STAR HYUNDAI LLC (d/b/a STAR HYUNDAI), STAR NISSAN, INC. (d/b/a STAR NISSAN), METRO CHRYSLER PLYMOUTH INC. (d/b/a STAR CHRYSLER JEEP DODGE), STAR AUTO SALES OF QUEENS COUNTY LLC (d/b/a STAR FIAT), and STAR AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR MITSUBISHI), | : | MOTION FOR ADMISSION *PRO HAC VICE* |
| **Defendants.** | : | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Lesley-Anne Marks, hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as co-counsel for Plaintiff, Rosenfield & Company, PLLC, in the above-captioned action.

I am in good standing of the bar of the state of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

*[Remainder of Page Intentionally Left Blank. Signature Block Follows]*

Dated: May 20, 2021.

                                              Respectfully submitted,

                                               /s/ *Lesley-Anne Marks*
                                              **Lesley-Anne Marks**
Florida Bar No. 107009
Primary Email Address:
lesley-anne.marks@gray-robinson.com
Secondary Email Addresses:
tonimarie.dalessandro@gray-robinson.com
downs.litigation@gray-robinson.com
**GRAY|ROBINSON, P.A.**
1795 West NASA Boulevard
Melbourne, Florida 32901
Telephone:  (321) 727-8100
Facsimile:  (321) 984-4122

*Co-Counsel for Plaintiff, Rosenfield & Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

                                               /s/ *Lesley-Anne Marks*
                                              **Lesley-Anne Marks**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ROSENFIELD & COMPANY, PLLC, | |
| Plaintiff, | |
| vs. | CASE NO.: 1:21-cv-03858-VM |
| TRACHTENBERG, RODES & FRIEDBERG LLP, STAR AUTO SALES OF BAYSIDE, INC. (d/b/a STAR TOYOTA OF BAYSIDE), STAR AUTO SALES OF QUEENS, LLC (d/b/a STAR SUBARU), STAR HYUNDAI LLC (d/b/a STAR HYUNDAI), STAR NISSAN, INC. (d/b/a STAR NISSAN), METRO CHRYSLER PLYMOUTH INC. (d/b/a STAR CHRYSLER JEEP DODGE), STAR AUTO SALES OF QUEENS COUNTY LLC (d/b/a STAR FIAT), and STAR AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR MITSUBISHI), | ORDER FOR ADMISSION *PRO HAC VICE* |
| Defendants. | |

The motion of LESLEY-ANNE MARKS, for admission to practice *Pro Hac Vice* in the above-captioned action is GRANTED.

Applicant has declared that she is a member in good standing of the bar of the state of Florida; and that her contact information is as follows:

Applicant's Name:    Lesley-Anne Marks

Firm Name:    GrayRobinson, P.A.

Address:    1795 West NASA Boulevard

City/ State/ Zip:    Melbourne, Florida 32901

Telephone/Fax:    (321) 727-8100 / (321) 984-4122

2

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as co-counsel for Plaintiff, ROSENFIELD & COMPANY, PLLC, in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                                                    United States District/Magistrate Judge