UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ROSENFIELD & COMPANY, PLLC,                         :
                                                    :
        Plaintiff,                         :
                                                    :
        v.                                 :   Case No. 1:21-cv-03858
                                                    :
TRACHTENBERG RODES & FRIEDBERG LLP,                 :   **RULE 7.1 STATEMENT**
STAR AUTO SALES OF BAYSIDE, INC.                    :
  (d/b/a STAR TOYOTA OF BAYSIDE),                   :
STAR AUTO SALES OF QUEENS, LLC                      :
   (d/b/a STAR SUBARU),                             :
STAR HYUNDAI LLC (d/b/a STAR HYUNDAI),              :
STAR NISSAN, INC. (d/b/a STAR NISSAN),              :
METRO CHRYSLER PLYMOUTH INC.                        :
  (d/b/a STAR CHYRSLER JEEP DODGE),                  :
STAR AUTO SALES OF QUEENS COUNTY LLC                :
  (d/b/a STAR FIAT), and                              :
STAR AUTO SALES OF QUEENS VILLAGE LLC               :
  (d/b/a STAR MITSUBISHI),                            :
                                                    :
        Defendants.                        :
------------------------------------------------------------------------x

        In accordance with Federal Rule of Civil Procedure 7.1(a), defendant Trachtenberg Rodes & Friedberg LLP hereby certifies that it is not a governmental corporate party, has no parent corporation and is not a publicly listed company.

Dated:   New York, New York
           May 27, 2021

                                                   **TRACHTENBERG RODES & FRIEDBERG LLP**

                                        By: _____
                                            Barry J. Friedberg (BF 7337)

                                        420 Lexington Avenue, Suite 2800
                                        New York, New York 10170
                                        (212) 972-2929