## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ROSENFIELD & COMPANY, PLLC, : :  Plaintiff, : : vs. : : TRACHTENBERG, RODES & : FRIEDBERG LLP, STAR AUTO SALES OF : BAYSIDE, INC. (d/b/a STAR TOYOTA OF : BAYSIDE), STAR AUTO SALES OF : QUEENS, LLC (d/b/a STAR SUBARU), : STAR HYUNDAI LLC (d/b/a STAR : HYUNDAI), STAR NISSAN, INC. (d/b/a STAR : NISSAN), METRO CHRYSLER PLYMOUTH : INC. (d/b/a STAR CHRYSLER JEEP DODGE), : STAR AUTO SALES OF QUEENS COUNTY : LLC (d/b/a STAR FIAT), and STAR AUTO : SALES OF QUEENS VILLAGE LLC (d/b/a : STAR MITSUBISHI), : :  Defendants. : | CASE NO.: 1:21-cv-03858-VM  MOTION FOR ADMISSION *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Lesley-Anne Marks, hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as co-counsel for Plaintiff, Rosenfield & Company, PLLC, in the above-captioned action.

I am in good standing of the bar of the state of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

*[Remainder of Page Intentionally Left Blank. Signature Block Follows]*

Dated: June 14, 2021.

                                       Respectfully submitted,

                                       */s/ Lesley-Anne Marks*
                                       **Lesley-Anne Marks**
                                       Florida Bar No. 107009
                                       Primary Email Address:
                                       lesley-anne.marks@gray-robinson.com
                                       Secondary Email Addresses:
                                       tonimarie.dalessandro@gray-robinson.com
                                       downs.litigation@gray-robinson.com
                                       **GRAY|ROBINSON, P.A.**
                                       1795 West NASA Boulevard
                                       Melbourne, Florida 32901
                                       Telephone:  (321) 727-8100
                                       Facsimile:  (321) 984-4122

                                       *Co-Counsel for Plaintiff, Rosenfield & Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 14, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which sends electronic notice to all counsel of record.

                                       */s/ Lesley-Anne Marks*
                                       **Lesley-Anne Marks**