### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

_____X

ROSENFIELD & COMPANY, PLLC,     :

         :

         **Plaintiff,**     :

         :

vs.     :     **CASE NO.: 1:21-cv-03858-VM**

         :

TRACHTENBERG, RODES &     :

FRIEDBERG LLP, STAR AUTO SALES OF     :

BAYSIDE, INC. (d/b/a STAR TOYOTA OF     :

BAYSIDE), STAR AUTO SALES OF     :

QUEENS, LLC (d/b/a STAR SUBARU),     :     **AFFIDAVIT OF LESLEY-ANNE**

STAR HYUNDAI LLC (d/b/a STAR     :     **MARKS IN SUPPORT OF**

HYUNDAI), STAR NISSAN, INC. (d/b/a STAR :     **MOTION FOR ADMISSION**

NISSAN), METRO CHRYSLER PLYMOUTH   :     *PRO HAC VICE*

INC. (d/b/a STAR CHRYSLER JEEP DODGE), :

STAR AUTO SALES OF QUEENS COUNTY     :

LLC (d/b/a STAR FIAT), and STAR AUTO     :

SALES OF QUEENS VILLAGE LLC (d/b/a     :

STAR MITSUBISHI),     :

         :

         **Defendants.**     :

_____X

STATE OF FLORIDA     )
COUNTY OF BREVARD     )

Before me, the undersigned authority, duly authorized to administer oaths and take acknowledgements, personally appeared LESLEY-ANNE MARKS, who after being duly sworn, deposes and says as follows:

1.       My name is Lesley-Anne Marks. I am over eighteen years of age and have personal knowledge of the facts set forth herein.

2.       I am a senior associate in the law firm of GrayRobinson, P.A., located in Melbourne, Florida.

3.      As shown in the Certificate of Good Standing attached hereto as Exhibit "A," I am

a member in good standing of the Bar of the State of Florida.

4.      There are no disciplinary proceedings presently pending against me in any state of

federal court.

5.      I have never been convicted of a felony.

6.      I have never been censured, suspended, disbarred or denied admission or

readmission by any court.

7.      I submit this affidavit in support of my Motion for Admission *Pro Hac Vice* in the

above-captioned matter.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Lesley-Anne Marks


STATE OF FLORIDA        )
COUNTY OF BREVARD    )

Sworn to (or affirmed) and subscribed before me by means of [X] physical presence or [ ] online
notarization, this 19 day of May_____, 2021, by LESLEY-ANNE MARKS,
who is [X] personally known to me, or [ ] produced _____ as
identification.

_____
Notary Public Signature
Print Notary Name:_____
My commission expires:_____

[AFFIX NOTARY SEAL]

TONI-MARIE D'ALESSANDRO
MY COMMISSION # GG 936855
EXPIRES: March 29, 2024
Bonded Thru Notary Public Underwriters


Page **2** of **2**

# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do*

*hereby certify that*

**LESLEY-ANNE MARKS**

*was admitted as an attorney and counselor entitled to practice law in all the*

*Courts of the State of Florida on* **OCTOBER 7, 2013,** *is presently in good*

*standing, and that the private and professional character of the attorney appear*

*to be good.*



*WITNESS my hand and the Seal of the*

*Supreme Court of Florida at Tallahassee,*

*the Capital, this JUNE 8, 2021.*

*Clerk of the Supreme Court of Florida*

**EXHIBIT "A"**