IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____X
**ROSENFIELD & COMPANY, PLLC,**              :
                                              :
　　**Plaintiff,**                            :
                                              :
vs.                                           :         CASE NO.: 1:21-cv-03858-VM
                                              :
**TRACHTENBERG, RODES &**                    :
**FRIEDBERG LLP, STAR AUTO SALES OF**        :
**BAYSIDE, INC. (d/b/a STAR TOYOTA OF**      :
**BAYSIDE), STAR AUTO SALES OF**             :
**QUEENS, LLC (d/b/a STAR SUBARU),**         :
**STAR HYUNDAI LLC (d/b/a STAR**             :
**HYUNDAI), STAR NISSAN, INC. (d/b/a STAR**  :
**NISSAN), METRO CHRYSLER PLYMOUTH**         :         **ORDER FOR ADMISSION**
**INC. (d/b/a STAR CHRYSLER JEEP DODGE),**   :         *PRO HAC VICE*
**STAR AUTO SALES OF QUEENS COUNTY**         :
**LLC (d/b/a STAR FIAT), and STAR AUTO**     :
**SALES OF QUEENS VILLAGE LLC (d/b/a**       :
**STAR MITSUBISHI),**                        :
                                              :
　　**Defendants.**                           :
_____X

　　The motion of LESLEY-ANNE MARKS, for admission to practice *Pro Hac Vice* in the above-captioned action is GRANTED.

　　Applicant has declared that she is a member in good standing of the bar of the state of Florida; and that her contact information is as follows:

　　　　Applicant's Name:　　Lesley-Anne Marks

　　　　Firm Name:　　GrayRobinson, P.A.

　　　　Address:　　1795 West NASA Boulevard

　　　　City/ State/ Zip:　　Melbourne, Florida 32901

　　　　Telephone/Fax:　　(321) 727-8100 / (321) 984-4122

2

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as co-counsel for Plaintiff, ROSENFIELD & COMPANY, PLLC, in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                        United States District/Magistrate Judge