# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**
___

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

**Author: Jamie S. Felsen - Member**
**Direct E-Mail Address: jamiefelsen@mllaborlaw.com**
**Direct Dial: (516) 303-1391**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 15, 2021

<u>**Via ECF**</u>

June 14, 2021

Hon. Victor Marrero, U.S.D.J.
United States District Court Southern District of New York
500 Pearl Street, Suite 160
New York, NY 10007

    **Re:**     <u>**Rosenfield & Co., PLLC v. Trachtenberg, Rodes & Friedberg LLP, et al.**</u>
             <u>**Case No.: 21-CV-03858 (VM)**</u>

Dear Judge Marrero:

       This firm represents all of the Defendants in the above-referenced matter with the exception of Trachtenberg, Rodes & Friedberg LLP (hereinafter "Star Defendants").

       The Star Defendants respectfully request an extension of time until July 16, 2021 to respond to the Answer and cross-claims. This is the first request for an extension of time to respond to same. The Star Defendants' deadline to respond to the Complaint is currently June 17, 2021. The Star Defendants have not yet been served with the cross-claims, but will consent to service. All other parties haven consented to this request for an extension. This is the first time a request for an extension of time to respond to the Complaint is being made.

                                  Respectfully submitted,

                                    **MILMAN LABUDA LAW GROUP PLLC**

                                    <u>/s/ Jamie S. Felsen</u>

cc:      Counsel of Record (via ECF)

---

**Request GRANTED.**
The response of all defendants, with the exception of Trachtenberg, Rodes & Friedberg LLP, is hereby due on July 16, 2021.

**SO ORDERED.**

June 15, 2021                      /s/ Victor Marrero
DATE                                VICTOR MARRERO, U.S.D.J.