IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---X

ROSENFIELD & COMPANY, PLLC,

    **Plaintiff,**

vs.

TRACHTENBERG, RODES & FRIEDBERG LLP, STAR AUTO SALES OF BAYSIDE, INC. (d/b/a STAR TOYOTA OF BAYSIDE), STAR AUTO SALES OF QUEENS, LLC (d/b/a STAR SUBARU), STAR HYUNDAI LLC (d/b/a STAR HYUNDAI), STAR NISSAN, INC. (d/b/a STAR NISSAN), METRO CHRYSLER PLYMOUTH INC. (d/b/a STAR CHRYSLER JEEP DODGE), STAR AUTO SALES OF QUEENS COUNTY LLC (d/b/a STAR FIAT), and STAR AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR MITSUBISHI),

    **Defendants.**

---X

CASE NO.: 1:21-cv-03858-VM

ORDER FOR ADMISSION
*PRO HAC VICE*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 15, 2021

The motion of G. BROCK MAGRUDER, III, for admission to practice *Pro Hac Vice* in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the state of Florida; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | G. Brock Magruder, III |
| Firm Name: | GrayRobinson, P.A. |
| Address: | 301 East Pine Street |
| City/ State/ Zip: | Orlando, Florida 32801 |
| Telephone/Fax: | (407) 843-8880 / (407) 244-5690 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as co-counsel for Plaintiff, ROSENFIELD & COMPANY, PLLC, in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: New York, New York
15 June 2021

Victor Marrero
U.S.D.J.

2