IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ROSENFIELD & COMPANY, PLLC, <br><br> Plaintiff, <br><br> vs. <br><br> TRACHTENBERG, RODES & FRIEDBERG LLP, STAR AUTO SALES OF BAYSIDE, INC. (d/b/a STAR TOYOTA OF BAYSIDE), STAR AUTO SALES OF QUEENS, LLC (d/b/a STAR SUBARU), STAR HYUNDAI LLC (d/b/a STAR HYUNDAI), STAR NISSAN, INC. (d/b/a STAR NISSAN), METRO CHRYSLER PLYMOUTH INC. (d/b/a STAR CHRYSLER JEEP DODGE), STAR AUTO SALES OF QUEENS COUNTY LLC (d/b/a STAR FIAT), and STAR AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR MITSUBISHI), <br><br> Defendants. | CASE NO. 1:21-cv-03858-VM <br><br> PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, ROSENFIELD & COMPANY, PLLC, a private non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NOT APPLICABLE.

Respectfully submitted this 29th day of June, 2021,

*Jason Zimmerman*
**Jason A. Zimmerman**
New York Bar No. 4910337

Primary Email Address:
jason.zimmerman@gray-robinson.com
Secondary Email Address:
cindi.garner@gray-robinson.com
downs.litigation@gray-robinson.com
**Brock Magruder (admitted *pro hac vice*)**
Florida Bar No. 112614
Primary Email Address:
brock.magruder@gray-robinson.com
Secondary Email Address:
cindi.garner@gray-robinson.com
**GRAY|ROBINSON, P.A.**
301 East Pine Street, Suite 1400 (32801)
Post Office Box 3068
Orlando, Florida 32802
Telephone:  (407) 843-8880
Facsimile:  (407) 244-5690

*Attorneys for Plaintiff, Rosenfield & Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which sends electronic notice to all counsel of record.

*Jason Zimmerman*
**Jason A. Zimmerman**
New York Bar No. 4910337