IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
                                          X
ROSENFIELD & COMPANY, PLLC,               :
                                          :
      Plaintiff,                          :
                                          :
vs.                                       :   CASE NO.: 1:21-cv-03858-VM
                                          :
TRACHTENBERG, RODES &                     :
FRIEDBERG LLP, STAR AUTO SALES OF         :
BAYSIDE, INC. (d/b/a STAR TOYOTA OF       :
BAYSIDE), STAR AUTO SALES OF              :
QUEENS, LLC (d/b/a STAR SUBARU),          :
STAR HYUNDAI LLC (d/b/a STAR              :
HYUNDAI), STAR NISSAN, INC. (d/b/a STAR   :
NISSAN), METRO CHRYSLER PLYMOUTH          :   ORDER FOR ADMISSION
INC. (d/b/a STAR CHRYSLER JEEP DODGE),    :   PRO HAC VICE
STAR AUTO SALES OF QUEENS COUNTY          :
LLC (d/b/a STAR FIAT), and STAR AUTO      :
SALES OF QUEENS VILLAGE LLC (d/b/a        :
STAR MITSUBISHI),                         :
                                          :
      Defendants.                         :
                                          X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 9, 2021

The motion of LESLEY-ANNE MARKS, for admission to practice *Pro Hac Vice* in the above-captioned action is GRANTED.

Applicant has declared that she is a member in good standing of the bar of the state of Florida; and that her contact information is as follows:

Applicant's Name:    Lesley-Anne Marks

Firm Name:    GrayRobinson, P.A.

Address:    1795 West NASA Boulevard

City/ State/ Zip:    Melbourne, Florida 32901

Telephone/Fax:    (321) 727-8100 / (321) 984-4122

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as co-counsel for Plaintiff, ROSENFIELD & COMPANY, PLLC, in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: New York, New York
9 July 2021

Victor Marrero
U.S.D.J.