UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROSENFIELD & COMPANY, PLLC,

                                Plaintiff,

- against -

TRACHTENBERG, RODES & FRIEDBERG LLP, STAR AUTO SALES OF BAYSIDE, ICN. (d/b/a STAR TOYOTA OF BAYSIDE), STAR AUTO SALES OF QUEENS, LLC (d/b/a STAR SUBARU), STAR HYUNDAI LLC (d/b/a STAR HYUNDAI), STARR NISSAN, INC. (d/b/a STAR NISSAN), METRO CHRYSLER PLYMOUTH INC. (d/b/a STAR CHRYSLER JEEP DODGE), STAR AUTO SALES OF QUEENS COUNTY LLF (d/b/a STAR FIAT), and STAR AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR MITSUBISHI),

                              Defendants
-------------------------------------------------------------------X
STAR AUTO SALES OF BAYSIDE, INC. (d/b/a STAR TOYOTA OF BAYSIDE), STAR AUTO SALES OF QUEENS, LLC (d/b/a STAR SUBARU), STAR HYUNDAI LLC (d/b/a STAR HYUNDAI), STAR NISSAN, INC. (d/b/a STAR NISSAN), METRO CHRYSLER PLYMOUTH INC. (d/b/a STAR CHRYSLER JEEP DODGE), STAR AUTO SALES OF QUEENS COUNTY LLC (d/b/a STAR FIAT), and STAR AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR MITSUBISHI),

                              Third-Party Plaintiffs,

- against -

BARRY J. FRIEDBERG and LEONARD A. RODES,

                              Third-Party Defendants.
-------------------------------------------------------------------X

Case No.: 1:21-cv-3858 (VM) (KHP)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that LEWIS BRISBOIS BISGAARD & SMITH LLP hereby appears as counsel for third-party defendants Barry J. Friedberg and Leonard Rosenfield, and requests that all papers be served upon us and all communications herein be directed to us as of the date hereof..

Dated: New York, New York
August 18, 2021

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: */s/ Mark K. Anesh*
Mark K. Anesh, Esq. (8303)
*Attorneys for Third-Party Defendants Barry J. Friedberg and Leonard A. Rodes*
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1300

TO: Jason A. Zimmerman, Esq.
*Attorney for Plaintiff*
*Rosenfield & Company, PLLC*
*GRAY ROBINSON, P.A.*
301 East Pine Street, Suite 1400
Post Office Box 3068
Orlando, Florida 32802
(407) 244-5690

4814-6782-1558.1

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss:
COUNTY OF NEW YORK  )

Jackie Richardson, being duly sworn, deposes and says:

I am not a party to this action, I am over eighteen (18) years of age and I reside in the State of New York, County of New York.

That on the 18th day of August, 2021, I served a copy of the **NOTICE OF APPEARANCE** upon:

TO:    Jason A. Zimmerman, Esq.
*Attorney for Plaintiff*
*Rosenfield & Company, PLLC*
*GRAY ROBINSON, P.A.*
301 East Pine Street, Suite 1400
Post Office Box 3068
Orlando, Florida 32802
(407) 244-5690

by **ECF**.

                                                                    _____
                                                                       Jackie Richardson

Sworn to before me this
18th day of August, 2021

_____
  - Notary Public -