UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

ROSENFIELD & COMPANY, PLLC,                          :    Index No. CV 21-03858

                                                      :

                                Plaintiff,            :

                                                      :    **NOTICE OF APPEARANCE**

            - against -                               :

TRACHTENBERG, RODES & FRIEDBERG LLP, STAR
AUTO SALES OF BAYSIDE, ICN. (d/b/a STAR              :
TOYOTA OF BAYSIDE), STAR AUTO SALES OF
QUEENS, LLC (d/b/a STAR SUBARU), STAR                :
HYUNDAI LLC (d/b/a STAR HYUNDAI), STARR
NISSAN, INC. (d/b/a STAR NISSAN), METRO              :
CHRYSLER PLYMOUTH INC. (d/b/a STAR
CHRYSLER JEEP DODGE), STAR AUTO SALES OF             :
QUEENS COUNTY LLF (d/b/a STAR FIAT), and STAR
AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR
MITSUBISHI),

                                Defendants.
-------------------------------------------------------------------- x
STAR AUTO SALES OF BAYSIDE, INC. (d/b/a STAR        :
TOYOTA OF BAYSIDE), STAR AUTO SALES OF
QUEENS, LLC (d/b/a STAR SUBARU), STAR                :
HYUNDAI LLC (d/b/a STAR HYUNDAI), STAR
NISSAN, INC. (d/b/a STAR NISSAN), METRO              :
CHRYSLER PLYMOUTH INC. (d/b/a STAR
CHRYSLER JEEP DODGE), STAR AUTO SALES OF             :
QUEENS COUNTY LLC (d/b/a STAR FIAT), and STAR
AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR         :
MITSUBISHI),

                                                      :

                        Third-Party Plaintiffs,      :

                                                      :

            - against -                               :

BARRY J. FRIEDBERG and LEONARD A. RODES,

                        Third-Party Defendants.
-------------------------------------------------------------------- x

4830-9347-6855.1

**PLEASE TAKE NOTICE** that LEWIS BRISBOIS BISGAARD & SMITH LLP hereby

appears as counsel for defendant Trachtenberg Rodes & Friedberg LLP, and request all papers be

served upon us and all communications  herein be directed to us as of the date hereof.

Dated:  New York, New York
       August 23, 2021


                        LEWIS BRISBOIS BISGAARD & SMITH LLP


                    By:     /s/ *Mark K. Anesh*         
                            Mark K. Anesh, Esq.
                            77 Water Street, 21st Floor
                            New York, NY 10005
                            (212)232-1300
                            File:  50031.2179

                            *Attorneys for defendant Trachtenberg*
                            *Rodes & Friedberg LLP and third-party*
                            *defendants Barry J. Friedberg and*
                            *Leonard A. Rodes*


TO: All parties by ECF

## CERTIFICATION OF SERVICE

Andrew Winters, an attorney duly admitted to practice law before this Court, certifies that on August 23, 2021, he caused this Notice of Appearance to be filed and served by ECF.

____/s/ Andrew Winters_____<br>
Andrew Winters