|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: August 26, 2021 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROSENFIELD & COMPANY, PLLC,    :   Index No. CV 21-03858

                Plaintiff,    :

    - against -    :   **STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANT TRACHTENBERG RODES & FRIEDBERG LLP**

TRACHTENBERG, RODES & FRIEDBERG LLP, STAR AUTO SALES OF BAYSIDE, ICN. (d/b/a STAR TOYOTA OF BAYSIDE), STAR AUTO SALES OF QUEENS, LLC (d/b/a STAR SUBARU), STAR HYUNDAI LLC (d/b/a STAR HYUNDAI), STARR NISSAN, INC. (d/b/a STAR NISSAN), METRO CHRYSLER PLYMOUTH INC. (d/b/a STAR CHRYSLER JEEP DODGE), STAR AUTO SALES OF QUEENS COUNTY LLF (d/b/a STAR FIAT), and STAR AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR MITSUBISHI),    :

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STAR AUTO SALES OF BAYSIDE, INC. (d/b/a STAR TOYOTA OF BAYSIDE), STAR AUTO SALES OF QUEENS, LLC (d/b/a STAR SUBARU), STAR HYUNDAI LLC (d/b/a STAR HYUNDAI), STAR NISSAN, INC. (d/b/a STAR NISSAN), METRO CHRYSLER PLYMOUTH INC. (d/b/a STAR CHRYSLER JEEP DODGE), STAR AUTO SALES OF QUEENS COUNTY LLC (d/b/a STAR FIAT), and STAR AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR MITSUBISHI),    :

            Third-Party Plaintiffs,    :

    - against -    :

BARRY J. FRIEDBERG and LEONARD A. RODES,    :

            Third-Party Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

4850-2614-5014.1

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned pursuant to Local Rule 1.4, that the firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, located at 77 Water Street, Suite 2100, New York, New York 10005, (212) 232-1300, shall be substituted as counsel of record for defendant Trachtenberg Rodes & Friedberg LLP in this matter.

The defendant Trachtenberg Rodes & Friedberg LLP enters into this stipulation knowingly and willingly.

Dated: New York, New York
August 21, 2021

| LEWIS BRISBOIS BISGAARD & SMITH LLP | TRACHTENBERG RODES & FRIEDBERG LLP |
|---|---|
| */s/ Mark Anesh* | |
| By: Mark K. Anesh<br>77 Water Street, 21st Floor<br>New York, NY 10005<br>(212)232-1300<br>File: 50031.2179 | By: Barry Jay Friedberg<br>420 Lexington Avenue, Suite 2800<br>New York, New York 10170<br>(212) 972-2967 |
| *Incoming Counsel for defendant Trachtenberg Rodes & Friedberg LLP* | |

**SO ORDERED:**

_____
Victor Marrero
U.S.D.J.

Dated:   New York, New York
         26 August 2021

4850-2614-5014.1