UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x
ROSENFIELD & COMPANY, PLLC,  : Index No. 1:21-cv-3858 (VM) (KHP)
:
       Plaintiff,
:
  - against -  **NOTICE OF APPEARANCE**
:
TRACHTENBERG, RODES & FRIEDBERG LLP, STAR
AUTO SALES OF BAYSIDE, ICN. (d/b/a STAR :
TOYOTA OF BAYSIDE), STAR AUTO SALES OF
QUEENS, LLC (d/b/a STAR SUBARU), STAR :
HYUNDAI LLC (d/b/a STAR HYUNDAI), STARR
NISSAN, INC. (d/b/a STAR NISSAN), METRO :
CHRYSLER PLYMOUTH INC. (d/b/a STAR
CHRYSLER JEEP DODGE), STAR AUTO SALES OF :
QUEENS COUNTY LLF (d/b/a STAR FIAT), and STAR
AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR
MITSUBISHI),

       Defendants.
------------------------------------------------------------------------ x
STAR AUTO SALES OF BAYSIDE, INC. (d/b/a STAR :
TOYOTA OF BAYSIDE), STAR AUTO SALES OF
QUEENS, LLC (d/b/a STAR SUBARU), STAR :
HYUNDAI LLC (d/b/a STAR HYUNDAI), STAR
NISSAN, INC. (d/b/a STAR NISSAN), METRO :
CHRYSLER PLYMOUTH INC. (d/b/a STAR
CHRYSLER JEEP DODGE), STAR AUTO SALES OF :
QUEENS COUNTY LLC (d/b/a STAR FIAT), and STAR
AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR :
MITSUBISHI),
:
       Third-Party Plaintiffs,
:
  - against -
:
BARRY J. FRIEDBERG and LEONARD A. RODES,

       Third-Party Defendants.
------------------------------------------------------------------------ x

4844-0353-4841.1

**PLEASE TAKE NOTICE** that Andrew W. Winters, Esq. hereby appears as counsel to defendant Trachtenberg Rodes & Friedberg LLP, as well as third-party defendants Barry J. Friedberg and Leonard A. Rodes. All other counselors affiliated with Lewis Brisbois Bisgaard & Smith LLP remain as attorneys of record for defendant Trachtenberg Rodes & Friedberg LLP and third-party defendants Barry J. Friedberg and Leonard A. Rodes.

Dated: New York, New York
September 1, 2021

        LEWIS BRISBOIS BISGAARD & SMITH LLP


By:    /s/ *Andrew Winters*
      Andrew W. Winters, Esq.
      77 Water Street, 21st Floor
      New York, NY 10005
      (212)232-1300
      File: 50031.2179

      *Attorneys for Defendant Trachtenberg Rodes & Friedberg LLP and third-party defendants Barry J. Friedberg and Leonard A. Rodes*

TO: All parties (via ECF)

## CERTIFICATION OF SERVICE

      Andrew W. Winters, an attorney duly admitted to practice law before this Court, certifies that on August 30, 2021, he caused this Notice of Appearance to be filed and served by ECF.

*/s/ Andrew Winters*
Andrew W. Winters, Esq.

4844-0353-4841.1