USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/24/2021

# MILMAN LABUDA LAW GROUP

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
———
**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

September 23, 2021

<u>VIA ECF</u>
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Victor Marrero, U.S.D.J.
500 Pearl Street, Courtroom 15B
New York, NY 10007-1312

    Re:    <u>**Rosenfield & Co., PLLC v. Trachtenberg, Rodes & Friedberg LLP**, *et al.*</u>
           <u>**Case No.: 1:21-cv-3858 (VM) (KHP)**</u>

Dear Judge Marrero:

    This firm represents all of the Defendants in the above-referenced case with the exception of Trachtenberg, Rodes & Friedberg LLP (hereinafter the "Star Defendants"). The Star Defendants write to respectfully request a two (2) week extension of time – until October 8, 2021 – to amend their Answer with Counterclaims, Cross-Claims, and Third-Party Complaint (hereinafter referred to as the "Amended Answer").

    Consistent with ¶ II(B)(1) of this Court's Individual Practices (hereinafter "Practices"), the Star Defendants' deadline to file the Amended Answer falls on Friday, September 24, 2021. The Star Defendants seek an extension of time due to scheduling issues surrounding the Jewish holidays and deadlines in other matters. In support of and consistent with ¶ I(F) of the Practices, the Star Defendants represent that: (i) this letter motion is timely submitted; (ii) there have been no previous requests for an extension of time to file an Amended Answer; (iii) Plaintiff does not object to the requested extension; and (iv) they are unaware of any scheduled dates that would be affected by the requested extension. Accordingly, the Star Defendants respectfully submit that good cause exists for granting the requested extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A). The Star Defendants thank this honorable Court for its time and attention to this case.

Dated:  Lake Success, New York
         September 23, 2021          Respectfully submitted,

                                                **MILMAN LABUDA LAW GROUP PLLC**
                                                /s
                                                Emanuel Kataev, Esq.
                                                3000 Marcus Avenue, Suite 3W8
                                                Lake Success, NY 11042-1073
                                                (516) 328-8899 (office)
                                                (516) 303-1395 (direct dial)
                                                (516) 328-0082 (facsimile)
                                                emanuel@mllaborlaw.com

---

**Request GRANTED.**

Defendants' request for a two week extension of time to amend their answer is granted. The amended answer shall be due 10/8/2021.

**SO ORDERED.**

09/24/2021
DATE               VICTOR MARRERO, U.S.D.J.