

Andrew W. Winters<br>
77 Water Street, Suite 2100<br>
New York, New York 10005<br>
Andrew.Winters@lewisbrisbois.com<br>
Direct: 646.783.1709

October 5, 2021                                                                                                  File No. 50031.2179

**VIA ECF**

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Suite 1610
New York, NY 10007-1312

      Re:   *Rosenfield & Company, PLLC v. Trachtenberg, Rodes & Friedberg LLP et al.*
              1:21-cv-03858-VM

Dear Judge Marrero:

      We are counsel to third-party defendants Barry Friedberg and Leonard Rodes, as well as counsel to defendant Trachtenberg Rodes & Friedberg LLP ("TRF Defendants").

      We write on behalf of the TRF Defendants to request a 14-day extension of time, up to and including October 21, 2021, to respond to the third-party complaint and cross claims asserted by defendants Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens, LLC, Star Hyundai LLC, Star Nissan, metro Chrysler Plymouth, Inc., Star Auto Sales of Queens County LLC, and Star Auto Sales of Queens Village LLC ("Star Defendants") (Dkt. No. 58). The TRF Defendants' deadline to respond to the third-party complaint and cross claims is currently October 7, 2021. This request is made with the consent of the Star Defendants.

      In accordance with the spirit of Your Honor's Individual Practices, we have contacted counsel for the Star Defendants concerning potential issues prevailing in the claims asserted against the TRF Defendants. Additional time is needed to prepare appropriate correspondence addressing these pleading issues and their legal foundation.

      We thank the Court for its attention to this matter.

                                                 Respectfully,

                                                 /s/ *Andrew Winters*

                                                 Andrew W. Winters, Esq. of
                                               LEWIS BRISBOIS BISGAARD & SMITH LLP

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

4851-2495-5129.1

Hon. Victor Marrero
October 5, 2021
Page 2


AWW

cc: All parties by ECF