

1795 WEST NASA BLVD.
POST OFFICE BOX 1870 (32902-1870)
MELBOURNE, FLORIDA 32901
TEL 321-727-8100
FAX 321-984-4122

BOCA RATON
FORT LAUDERDALE
FORT MYERS
GAINESVILLE
JACKSONVILLE
KEY WEST
LAKELAND
MELBOURNE
MIAMI
NAPLES
ORLANDO
TALLAHASSEE
TAMPA
WASHINGTON, DC
WEST PALM BEACH

Lesley-Anne Marks
Lesley-Anne.Marks@gray-robinson.com

October 21, 2021

**VIA ECF**
The Honorable Victor Marrero
United States Courthouse for the Southern District of New York
500 Pearl Street, Suite 1610
New York, New York 10007

    Re:    *Rosenfield & Co., PLLC v. Trachtenberg, Rodes & Friedberg, LLP, et al.*
           Case No. 1:21-cv-3858 (VM)

Dear Judge Marrero:

    This office has the pleasure of representing Plaintiff, Rosenfield & Company, PLLC ("Rosenfield"), in the above-entitled case.

    Rosenfield respectfully requests 14-day extension of time, through and including November 5, 2021, to respond to the First Amended Counterclaims filed by Defendants Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens, LLC, Star Hyundai LLC, Star Nissan, metro Chrysler Plymouth Inc., Star Auto Sales of Queens County LLC, and Star Auto Sales of Queens Village LLC (collectively referred to hereinafter as "Star Auto Group"). Rosenfield's deadline to respond to Star Auto Group's First Amended Counterclaims is currently October 22, 2021. An extension of time is necessary in order to file a complete and accurate response to the First Amended Counterclaims, which raises three (3) additional causes of action against Rosenfield. This is Rosenfield's first request for an extension of time to respond to Star Auto Group's First Amended Counterclaims, and counsel for Star Auto Group consents to this request for extension of time.

    If you have any questions, please have your Judicial Assistant contact me. Thank you for your consideration.

                                                    Respectfully submitted,

                                                    Lesley-Anne Marks

cc:    Counsel of Record (via ECF)

/119861/13#45681477 v1