USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ROSENFIELD & COMPANY, PLLC,              :
                                         :
                    Plaintiff,           :
                                         :     21 Civ. 3858 (VM)
     - against -                         :
                                         :            ORDER
TRACHTENBERG, RODES, & FRIEDBERG,        :
et al.,                                  :
                    Defendants.          :
----------------------------------------X
STAR AUTO SALES OF BAYSIDE, INC.         :
(d/b/a STAR TOYOTA OF BAYSIDE), et al.   :
                                         :
          Third-Party Plaintiffs,        :
                                         :
     - against -                         :
                                         :
BARRY J. FRIEDBERG and LEONARD A.        :
RODES,                                   :
                                         :
          Third-Party Defendants.        :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

A Complaint in the above captioned matter was filed on April 30, 2021. (Dkt. No. 1.) Defendants filed an Answer to the Complaint and Crossclaims on May 27, 2021. (Dkt. No. 29.) The first amended Answer to the Crossclaims, Answer to the Complaint, and Counterclaim was filed on October 8, 2021. (Dkt. No. 73.) The Answer to the Amended Counterclaim was filed on November 5, 2021. (Dkt. No. 78.)

Accordingly, the parties are hereby directed to submit a joint letter, within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan that provides that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is

available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Submissions must be made in accordance with Judge Marrero's Emergency Individual Rules and Practices in Light of COVID-19, available at the Court's website.

Dated:      November 8, 2021
            New York, New York

_____
Victor Marrero
U.S.D.J.