UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
ROSENFIELD & COMPANY, PLLC,

                            Plaintiff,         Case No. 1:21-cv-3858 (VM) (KHP)

            - against –         **NOTICE OF WITHDRAWAL**

TRACHTENBERG, RODES & FRIEDBERG LLP, STAR AUTO SALES OF BAYSIDE, ICN. (d/b/a STAR TOYOTA OF BAYSIDE), STAR AUTO SALES OF QUEENS, LLC (d/b/a STAR SUBARU), STAR HYUNDAI LLC (d/b/a STAR HYUNDAI), STARR NISSAN, INC. (d/b/a STAR NISSAN), METRO CHRYSLER PLYMOUTH INC. (d/b/a STAR CHRYSLER JEEP DODGE), STAR AUTO SALES OF QUEENS COUNTY LLF (d/b/a STAR FIAT), and STAR AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR MITSUBISHI),

                            Defendants.
------------------------------------------------------------------------ x
STAR AUTO SALES OF BAYSIDE, INC. (d/b/a STAR TOYOTA OF BAYSIDE), STAR AUTO SALES OF QUEENS, LLC (d/b/a STAR SUBARU), STAR HYUNDAI LLC (d/b/a STAR HYUNDAI), STAR NISSAN, INC. (d/b/a STAR NISSAN), METRO CHRYSLER PLYMOUTH INC. (d/b/a STAR CHRYSLER JEEP DODGE), STAR AUTO SALES OF QUEENS COUNTY LLC (d/b/a STAR FIAT), and STAR AUTO SALES OF QUEENS VILLAGE LLC (d/b/a STAR MITSUBISHI),

                            Third-Party Plaintiffs,

            - against -

BARRY J. FRIEDBERG and LEONARD A. RODES,

                            Third-Party Defendants.
------------------------------------------------------------------------ x

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Andrew W. Winters hereby withdraws as counsel of record for defendant TRACHTENBERG RODES & FRIEDBERG LLP and third-party defendants BARRY J. FRIEDBERG and LEONARD A. RODES. All other counsel affiliated with Lewis Brisbois Bisgaard & Smith, LLP will remain as attorneys of record for TRACHTENBERG RODES & FRIEDBERG LLP and third-party defendants BARRY J. FRIEDBERG and LEONARD A. RODES.

Dated: New York, New York
       November 29, 2021

/s/ *Andrew W. Winters*
_____
Andrew W. Winters
Outgoing Attorney for defendant
TRACHTENBERG RODES &
FRIEDBERG LLP and
third-party defendants BARRY J.
FRIEDBERG and LEONARD A. RODES