```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------X
ROSENFIELD & COMPANY, PLLC,           :
                                      :
              Plaintiff,              :
                                      :   21 Civ. 3858 (VM)
    - against -                       :
                                      :           **ORDER**
TRACHTENBERG, RODES, & FRIEDBERG,     :
et al.,                               :
              Defendants.             :
----------------------------------------X
STAR AUTO SALES OF BAYSIDE, INC       :
(d/b/a STAR TOYOTA OF BAYSIDE), et al.:
                                      :
         Third-Party Plaintiff,       :
                                      :
    - against -                       :
                                      :
BARRY J. FRIEDBERG and LEONARD A.     :
RODES,                                :
         Third-Party Defendants.      :
----------------------------------------X

**VICTOR MARRERO, United States District Judge.**

The Court received a letter from Third-Party Plaintiff responding to and opposing Defendants' and Third-Party Defendants' pre-motion letter regarding a potential motion to dismiss. The Court did not receive a copy of the Defendants' and Third-Party Defendants' pre-motion letter.

The parties are hereby ordered to resubmit any pre-motion letters and letters in opposition such that all letters are in compliance with this Court's Individual Rules of Practice, including page limits and the submission of a courtesy copy to the Court. Submissions must also comply with Judge Marrero's Emergency Individual Rules and Practices in Light of COVID-19, available at the Court's website.

**SO ORDERED.**

Dated:     December 16, 2021
           New York, New York

                                    _____
                                            Victor Marrero
                                              U.S.D.J.