# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
————

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

August 12, 2022

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Victor Marrero, U.S.D.J.
500 Pearl Street, Courtroom 15B
New York, NY 10007-1312

Re:  **Rosenfield & Co., PLLC v. Trachtenberg, Rodes & Friedberg LLP**, *et al.*
     **S.D.N.Y.Case No.: 1:21-cv-3858 (VM) (KHP)**

Dear Judge Marrero:

This firm represents all of the Defendants in the above-referenced case with the exception of Trachtenberg, Rodes & Friedberg LLP (hereinafter the "Star Defendants").

Defendant Trachtenberg, Rodes & Friedberg LLP and Third-Party Defendants Barry Friedberg and Leonard Rodes (the "TRF Defendants") submitted a letter yesterday [ECF Doc. No. 103] arguing that Star Defendants' Amended Cross-Claims and Third-Party Complaint does not remedy the deficiencies identified in their previously filed motion to dismiss.  Star Defendants disagree, but in any event, Star Defendants' Amended Cross-Claims and Third-Party Complaint is now the operative pleading that replaced the pleading that formed the basis of TRF Defendants' motion to dismiss; therefore, Star Defendants respectfully submit that TRF Defendants should file a motion to dismiss Star Defendants' Amended Cross-Claims and Third-Party Complaint.  Star Defendants propose the following briefing schedule:

- TRF Defendants shall file their motion to dismiss the Amended Cross-Claims and Third-Party Complaint on or before September 15, 2022;
- Star Defendants shall file their opposition on or before October 17, 2022; and
- TRF Defendants shall file their reply on or before October 31, 2022

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

_____/s_____
Jamie S. Felsen, Esq.

via ECF (all counsel of record).