USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
ROSENFIELD & COMPANY, PLLC,         :
                                    :
                   Plaintiff,       :
                                    :    21 Civ. 3858 (VM)
   - against -                      :
                                    :         **ORDER**
TRACHTENBERG, RODES, & FRIEDBERG,   :
et al.,                             :
                   Defendants.      :
------------------------------------X
STAR AUTO SALES OF BAYSIDE, INC     :
(d/b/a STAR TOYOTA OF BAYSIDE), et al.:
                                    :
          Third-Party Plaintiff,    :
                                    :
   - against -                      :
                                    :
BARRY J. FRIEDBERG and LEONARD A.   :
RODES,                              :
          Third-Party Defendants.   :
------------------------------------X

**VICTOR MARRERO**, United States District Judge.

    Having reviewed the letters from both parties, the Court hereby grants the request of defendant Trachtenberg Rodes & Friedberg LLP and third-party defendants Barry Friedberg and Leonard Rodes to file full briefs on their motion to dismiss the first amended crossclaims and third-party complaint. The Star Defendants may file a limited brief in opposition, if they prefer. The motion to dismiss shall be due on or before September 30, 2022; any oppositions are due on or before October 21, 2022; and a reply shall be due November 11, 2022.

**SO ORDERED.**

Dated:    August 23 2022
          New York, New York

                                            Victor Marrero
                                            U.S.D.J.