

Sarah A. Adam<br>
77 Water Street, Suite 2100<br>
New York, New York 10005<br>
sarah.adam@lewisbrisbois.com<br>
Direct: 646.783.0896

September 29, 2022

File No.
50031.2179

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Suite 1920
New York, NY 10007-1312

      Re:  *Rosenfield & Company, PLLC v. Trachtenberg, Rodes & Friedberg LLP et al.*
            1:21-cv-03858-VM

Dear Judge Rochon:

    We are counsel to defendant Trachtenberg Rodes & Friedberg LLP and third-party defendants Barry Friedberg and Leonard Rodes ("TRF Defendants").

    Pursuant to your Honor's Individual Rules of Practice 1(F), please accept this letter respectfully requesting an extension of time to submit TRF Defendants' Motion to Dismiss against the Star Defendants' first amended crossclaims and first amended third-party complaint (Dkt. No. 102).

    Pursuant to this Court's Order dated August 23, 2022, (Dkt. No. 108), the original due date of the motion is September 30, 2022, responses due by October 21, 2022, and replies due by November 11, 2022. On consent, the parties have stipulated and agreed to the following briefing schedule: motion is due by October 14, 2022, responses due by November 28, 2022, and replies due by December 16, 2022. This is the first request for an extension of time.

    We thank the Court for its attention to this matter.

Respectfully,<br><br>
*Sarah Adam*<br>
Sarah A. Adam Esq. of<br>
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: All parties and counsel of record (via ECF).