# EXHIBIT "A"

**Trachtenberg Rodes & Friedberg LLP**
545 Fifth Avenue
New York, New York 10017

Star Auto Companies
205-11 Northern Boulevard
Bayside, New York 11361

January 11, 2018

File Number: 844-001
Invoice Number:   7831

Re: *Voynow Claims*

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Dec-01-17 | ███ | ███ | ███ | ███ |
|  | CF with BJF re new matter | 0.20 | 110.00 | LAR |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |





Invoice #: 7831 Page 3 January 11, 2018
Case 1:21-cv-03858-JLR Document 118-1 Filed 11/28/22 Page 4 of 11

**Trachtenberg Rodes & Friedberg LLP**
545 Fifth Avenue
New York, New York 10017

Star Auto Companies
205-11 Northern Boulevard
Bayside, New York 11361

March 13, 2018

File Number: 844-001
Invoice Number:   7897

Re: **_Voynow Claims_**

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-05-18 | ███████████ | ██ | ██ | ██ |
| | Review draft complaint | 0.80 | 440.00 | LAR |
| Feb-06-18 | ████████████████████████ | ██ | ██ | ██ |
| | CFs with BJF re comments on draft complaint | 0.50 | 275.00 | LAR |

[Page content redacted]

Invoice #: 7897   Page 3   March 13, 2018



# Trachtenberg Rodes & Friedberg LLP

545 Fifth Avenue
New York, New York 10017

███████████████████████████████████████

Star Auto Companies
205-11 Northern Boulevard
Bayside, New York 11361

June 14, 2018

File Number: 844-001
Invoice Number:   7991

Re:  *Voynow Claims*

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-01-18 | CFs with BJF; attn to tolling agreement issue; attn to document request | 0.50 | 275.00 | LAR |
| ███ | █████████ | ██ | ██ | ██ |
| ███ | █████ | ██ | ██ | ██ |
| ███ | ███████ | ██ | ██ | ██ |
| ███ | █████████████ | ██ | ██ | ██ |
| | | | ___ | |
| | ███ | ██ | ██ | |
| ██████ | | | ████ | ███ |
| ███ | ████████ | | ██ | |
| | | | ___ | ___ |
| | ███ | | ██ | ██ |

[Page content redacted]

## Trachtenberg Rodes & Friedberg LLP
545 Fifth Avenue
New York, New York 10017

Star Auto Companies
205-11 Northern Boulevard
Bayside, New York 11361

September 6, 2018

File Number: 844-001
Invoice Number: 8096

Re: **Voynow Claims**

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| ██████ | ████████████████████████ | ██ | ██ | ██ |
| ██████ | ████████████ | ██ | ██ | ██ |
| ██████ | ████████████ | ██ | ██ | ██ |
| ██████ | ████████████████ | ██ | ██ | ██ |
| ██████ | ████████████ | ██ | ██ | ██ |
| ██████ | █████████████████████ | ██ | ██ | ██ |
| Aug-30-18 | Review draft tolling agreement amendment; revise same; several emails with BJF re same | 0.50 | 275.00 | LAR |
| ██████ | ████████ | ██ | ██ | ██ |
| ██████ | ██████████ | ██ | ██ | ██ |

Invoice #: 8096  Page 2  September 6, 2018
Case 1:21-cv-03858-JLR   Document 118-1   Filed 11/28/22   Page 11 of 11



Invoice #: 8096  Page 2  September 6, 2018
Case 1:21-cv-03858-JLR   Document 118-1   Filed 11/28/22   Page 11 of 11