# GRAYROBINSON

Brock Magruder  |  Brock.Magruder@gray-robinson.com  |  **D** 407.244.5625
301 East Pine Street, Suite 1400, Orlando, Florida  32801  |  **T** 407.843.8880  |  **F** 407.244.5690

December 19, 2022

**VIA ECF:**
The Honorable Jennifer L. Rochon
United States Courthouse for the Southern District of New York
500 Pearl Street, Suite 1610
New York, New York 10007-1312

    Re: *Rosenfield & Co., PLLC v. Trachtenberg, Rodes & Friedberg, LLP, et al.*
       Case No.  1:21-cv-03858 (JLR)
       Response to December 12, 2022 Order

Dear Judge Rochon:

   We represent the Plaintiff, Rosenfield & Co., PLLC ("Rosenfield").  Pursuant to your Order dated December 12, 2022 (Document 125), attached please find an amended affidavit of citizenship, based on my personal knowledge as it relates to our client, and the representations of counsel for Defendants and their filings as it relates to theirs.

        Respectfully submitted,

        Brock Magruder

Cc:  All parties of record

Boca Raton  |  Fort Lauderdale  |  Fort Myers  |  Gainesville  |  Jacksonville  |  Key West  |  Lakeland
Melbourne  |  Miami  |  Naples  |  Orlando  |  Tallahassee  |  Tampa  |  Washington, D.C.  |  West Palm Beach

**gray-robinson.com**