UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
ROSENFIELD & COMPANY, PLLC,
:
    Plaintiff,                              Case No.: 1:21-cv-3858 (JLR)
:
  -against-
:
TRACHTENBERG, RODES & FRIEDBERG LLP, et. al.,
:
    Defendants.         :
---------------------------------------------------------------X
:
STAR AUTO SALES OF BAYSIDE, INC., et al.,
:
    Third Party Plaintiffs,   :
  -against-
:
BARRY J. FRIEDBERG, et al.,
:
    Third Party Defendants.  :
---------------------------------------------------------------X

**AMENDED AFFIDAVIT OF RESIDENCY**

Under penalties of perjury, I hereby declare as follows:

1. My name is Brock Magruder, and I am over the age of eighteen (18) and competent to execute this Affidavit, which is based on my personal knowledge and the representations of counsel in this lawsuit.

**Rosenfield and Company, PLLC**

2. All of the members of Plaintiff, Rosenfield and Company, PLLC, are residents of Florida or New Jersey.

3. The members and their respective residencies are as follows:

    a. Ken Rosenfield is a Florida resident.

    b. Scott Lewis is a Florida resident.

    c. Alan Ginsberg is a Florida resident.

    d. Bernadette Jennings is a Florida resident.

    e. Dama Hergner is a Florida resident.

    f. Jan Dulman is a New Jersey resident.

    g. Paul Kaplan is a New Jersey resident.

**Star Automotive Companies**

4. Based on the representations of their counsel, all of the members of the Star Auto Defendants (Metro Chrysler Plymouth Inc.; Star Auto Sales of Bayside, Inc.; Star Auto Sales of Queens County LLC; Star Auto Sales of Queens Village LLC; Star Auto Sales of Queens , LLC; Star Hyundai LLC; and Star Nissan, Inc.) and the entities themselves are citizens of New York.

5. The residencies are as follows:

    a. Star Auto Sales of Bayside, Inc. d/b/a Star Toyota of Bayside: principal place of business is New York.

    b. Star Nissan, Inc. d/b/a Star Nissan: principal place of business is New York.

    c. Metro Chrysler Plymouth Inc. d/b/a Star Chrysler Jeep Dodge: principal place of business is New York.

    d. Star Auto Sales of Queens, LLC d/b/a Star Subaru: place of citizenship is New York.

        i. Michael Koufakis, a New York resident, is the sole member.

    e. Star Hyundai LLC d/b/a Star Hyundai: place of citizenship is New York and has three members:

        i. Michael Koufakis, a New York resident.

        ii. John Koufakis, a New York resident.

        iii. Steven Koufakis, a New York resident.

    f.  Star Auto Sales of Queens County LLC d/b/a Star Fiat's place of citizenship is New York and has three members:
- i. Michael Koufakis, a New York resident.
- ii. John Koufakis, a New York resident.
- iii. Steven Koufakis, a New York resident.

    g.  Star Auto Sales of Queens Village LLC d/b/a Star Mitsubishi: place of citizenship is New York. Star Mitsubishi, which was in operation until or around 2011, had five members:
- i. Michael Koufakis, a New York resident.
- ii. John Koufakis, a New York resident.
- iii. Steven Koufakis, a New York resident.
- iv. Gus Tsolkas, a New York resident.
- v. Richard Provenzano, a New York resident.

## Trachtenberg, Rodes, & Friedberg, LLP

4.    Based on the representations of counsel, the Trachtenberg, Rodes & Friedberg, LLP is a citizen of New York. The partners of Trachtenberg, Rodes & Friedberg, LLP and their respective residencies are as follows:

    a.  Barry Friedberg was a New York resident when this action was commenced. As of January 1, 2022, Barry Friedberg is a Massachusetts resident.

    b.  David Trachtenberg was and continues to be a New Jersey resident.

    c.  Leonard Rodes was a New York resident when this action was commenced. As of February 1, 2022, he is a South Carolina resident.

[SIGNATURE ON NEXT PAGE]

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
BROCK MAGRUDER

**DECLARATION**

Under penalties of perjury, I declare that I have read the Amended Affidavit of Residency, and the facts stated herein are true and correction to the best of my knowledge and belief.

Executed on:  12/19/2022

_____
BROCK MAGRUDER